| Fill in this information to identify the case: | | |
|---|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | Chapter | 11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | The Roman Catholic Bishop of Fresno |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | Roman Catholic Diocese of Fresno |
| 3. | Debtor's federal Employer Identification Number (EIN) | 94-1294942 |
| 4. | Debtor's address | **Principal place of business**<br>1550 North Fresno Street<br>Fresno, CA 93703<br>Number, Street, City, State & ZIP Code<br><br>Fresno<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor    **The Roman Catholic Bishop of Fresno**　　　　Case number (*if known*) _____
　　　　　Name

7. **Describe debtor's business**　A. *Check one:*

　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　■ None of the above

　B. *Check all that apply*

　■ Tax-exempt entity (as described in 26 U.S.C. §501)
　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__8131__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

　*Check one:*
　☐ Chapter 7
　☐ Chapter 9
　■ Chapter 11. *Check all that apply:*
　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

　■ No.
　☐ Yes.

　District _____　When _____　Case number _____
　District _____　When _____　Case number _____

Debtor  **The Roman Catholic Bishop of Fresno**     Case number (*if known*) _____
         Name

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | _____ | Relationship | _____ |
    |---|---|---|---|
    | District | _____ When _____ | Case number, if known | _____ |

11. Why is the case filed in *this district*?  *Check all that apply:*
    - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    - ■ No
    - ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other

    **Where is the property?** _____
         Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

    **Statistical and administrative information**

13. Debtor's estimation of available funds    *Check one:*
    - ■ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors
    - ☐ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ■ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. Estimated Assets
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ■ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. Estimated liabilities
    - ☐ $0 - $50,000
    - ☐ $1,000,001 - $10 million
    - ☐ $500,000,001 - $1 billion

| Debtor | The Roman Catholic Bishop of Fresno | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

6/30/25 10:27AM

Debtor　The Roman Catholic Bishop of Fresno　　　Case number (*if known*) _____
　　　　Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　06 - 30 - 2025
　　　　　　　MM / DD / YYYY

X _[signature]_　　　　　The Most Reverend Joseph V. Brennan
Signature of authorized representative of debtor　　Printed name

Title　Bishop

**18. Signature of attorney**

X _[signature]_　　　　Date　06/30/2025
Signature of attorney for debtor　　　MM / DD / YYYY

Hagop T. Bedoyan 131285
Printed name

McCormick, Barstow, Sheppard, Wayte & Carruth
Firm name

7647 North Fresno Street
Fresno, CA 93720
Number, Street, City, State & ZIP Code

Contact phone　559-433-1300　　Email address　hagop.bedoyan@mccormickbarstow.com

131285 CA
Bar number and State

| In Re: | Case No. |
| --- | --- |
| THE ROMAN CATHOLIC BISHOP OF FRESNO, a California corporation sole, Debtor-in-Possession. | |

## STATEMENT AND RESOLUTIONS REGARDING

## AUTHORITY TO SIGN AND FILE PETITION

I, Bishop Joseph V. Brennan, declare under penalty of perjury:

WHEREAS, The Roman Catholic Bishop of Fresno, a corporation sole ("Corporation"), is a California nonprofit religious corporation duly organized and existing under the laws of the State of California, for the purpose of administering the temporal affairs of the Roman Catholic Diocese of Fresno ("Diocese"); and

WHEREAS pursuant to California Corporations Code sections 10001 et seq., the Corporation, as a corporation sole, has no directors and only one officer, who is the incumbent Bishop of the Diocese;

WHEREAS I am the incumbent Bishop of the Diocese; and

WHEREAS, I have consulted with all consultative bodies of the Diocese as required by Canon Law with respect to the subject matter of this Statement and the Resolutions which follow, including the Diocesan Finance Council and the College of Consultors; and

WHEREAS it is in the best interests of the Corporation to file a voluntary petition with the United States Bankruptcy Court for the Eastern District of California pursuant to Chapter 11 of Title 11 of the United States Code; and

WHEREAS, it is in the best interests of the Corporation to engage outside professionals to assist with and support the Corporation's restructuring process, including, but not limited to, general bankruptcy counsel, special counsel, financial advisor, and claims agent; and

WHEREAS, in accordance with canon 1295 of the Code of Canon Law, I, Joseph V. Brennan as incumbent Bishop of the corporation, have sought and obtained the *nihil obstat* from the Holy See regarding the filing of a chapter 11 bankruptcy on behalf of the Corporation; and

WHEREAS I, Joseph V. Brennan as incumbent Bishop of the corporation, have determined, after such consultations, that taking the actions set forth below are advisable and in the best interests of the Corporation.

NOW, THEREFORE, BE IT RESOLVED:

I, Joseph V. Brennan as incumbent Bishop of the corporation, hereby authorize the Corporation to engage outside professionals to assist with and support the Corporation's 's restructuring process, including, but not limited to, general bankruptcy counsel, special counsel, financial advisor, and claims agent; and

1. I hereby authorize the filing of a Chapter 11 voluntary petition on behalf of the Corporation (the "Chapter 11 Case"); and

2. I hereby authorize and direct Cynthia Martin, Chief Financial Officer and Vicar General Fr. Salvador Gonzalez, (collectively "Authorized Persons"), each of whom transacts business on behalf of the Corporation under a general power of attorney given by me, to appear on behalf of the Corporation in the Chapter 11 Case and, acting either singly or jointly, to otherwise do and perform all other acts and deeds and to execute and deliver all other necessary documents on behalf of the Corporation in connection with the Chapter 11 Case; and

3. The Authorized Persons are hereby authorized, empowered, and directed in the name and on behalf of the Corporation, acting either singly or jointly, to cause to be done and performed all such acts, deeds, and things, and to make, execute and deliver, or cause to be made, executed and delivered, all such documents, instruments, certificates, or agreements in the name and on behalf of the Corporation or otherwise as may be necessary or appropriate to effectuate or carry out fully the purpose and intent of these resolutions and any of the transactions contemplated thereby; and

4.　　All actions heretofore taken in connection with any matter referred to in the foregoing resolutions are hereby approved, ratified, and confirmed in all respects.

Dated: June 30, 2025

_____
The Most Reverend Joseph V. Brennan
Roman Catholic Bishop of Fresno, a
California corporation sole

6/30/25 10:27AM

**Fill in this information to identify the case:**

Debtor name: The Roman Catholic Bishop of Fresno

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-30-2025    X _/s/ Joseph Brennan_
                                    Signature of individual signing on behalf of debtor

                                    The Most Reverend Joseph V. Brennan
                                    Printed name

                                    **Bishop**
                                    Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name  The Roman Catholic Bishop of Fresno |
| United States Bankruptcy Court for the:  Eastern – Fresno   District of  California (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JCCP 5108 Pltf. #1450 John Doe MR 1431 c/o Jeff Anderson & Associates, PA 12011 San Vicente Blvd. Ste. 700 Los Angeles, CA 90049 | Michael Finnegan, Esq. mfinnegan@andersonadvocates.com (310)357-2425 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 2 | JCCP 5108 Pltf. #1242 John Doe MR 1164 c/o Jeff Anderson & Associates PA 12011 San Vicente Blvd. Ste.700 Los Angeles, CA 90049 | Michael Reck, Esq. mreck@andersonadvocates.com (310)357-2425 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 3 | JCCP 5108 Pltf. #1172 John Doe FR 1903 c/o Jeff Anderson & Associates PA 12011 San Vicente Blvd. Ste.700 Los Angeles, CA 90049 | Michael Reck, Esq. mreck@andersonadvocates.com (310)357-2425 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 4 | JCCP 5108 Pltf. #1328 John Doe FR 1211 c/o Jeff Anderson & Associates, PA 12011 San Vicente Blvd. Ste.700 Los Angeles, CA 90049 | Michael Finnegan, Esq. mfinnegan@andersonadvocates.com (310)357-2425 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 5 | JCCP 5108 Pltf. #630 Jane Roe 190 c/o Slater Slater Schulman, LLP 8383 Wilshire Blvd. Suite 255 Beverly Hills, CA 90211 | Michael W. Carney MCarney@sssfirm.com 310-341-2086 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 6 | JCCP 5108 Pltf. #1589 Jane Roe 424 c/o Slater Slater Schulman, LLP 8383 Wilshire Blvd., Ste. 255 Beverly Hills, CA 90211 | Ryan Camastra, Esq. RCamastra@sssfirm.com 310-341-2086 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 7 | JCCP 5108 Pltf. #658 John Roe 420 c/o Slater Slater Schulman, LLP 8383 Wilshire Blvd., Ste. 255 Beverly Hills, CA 90211 | Ryan Camastra, Esq. RCamastra@sssfirm.com 310-341-2086 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 8 | JCCP 5108 Pltf. #948 John Doe MR 438 c/o Joseph George, JR. Law Corp. 601 University Avenue, Suite 270 Sacramento, CA 95825 | Joseph George, Jr., Esq. mailbox@psyclaw.com 916-641-7300 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |

| | Debtor | The Roman Catholic Bishop of Fresno | Case number (if known) | | | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of coll. or setoff | Unsecured claim |
| 9 | JCCP 5108 Pltf. #945 Joseph Doe FR 595 c/o Law Offices of Joseph C. George 601 University Avenue, Suite 270 Sacramento, CA 95825 | Joseph George, Jr., Esq. mailbox@psyclaw.com 916-641-7300 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 10 | JCCP 5108 Pltf. #936 Jennifer Doe FR 434 c/o Law Offices of Joseph C. George 601 University Avenue, Suite 270 Sacramento, CA 95825 | Joseph George, Jr., Esq. mailbox@psyclaw.com 916-641-7300 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 11 | JCCP 5108 Pltf. #289 John Doe 138 c/o Winer, Burritt & Scott, LLP 1901 Harrison Street, Suite 1100 Oakland, CA 94612 | John D. Winer, Esq. john@wbslawyers.com 510-433-1000 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 12 | JCCP 5108 Ptlf. #588 John Doe 182 c/o Winer, Burritt & Scott, LLP 1901 Harrison Street, Suite 1100 Oakland, CA 94612 | Erika Scott, Esq. erika@wbslawyers.com 510-433-1000 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 13 | JCCP 5108 Pltf. #299 John Doe 573 c/o Winer, Burritt & Scott, LLP 1901 Harrison Street, Suite 1100 Oakland, CA 94612 | John D. Winer, Esq. john@wbslawyers.com 510-433-1000 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 14 | JCCP 5108 Pltf. #858 John Doe GAB c/o Boucher LLP 21600 Oxnard Street, Suite 600 Woodland Hills, CA 91367 | Raymond Boucher, Esq. Ray@boucher.la 818-340-5400 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 15 | JCCP 5108 Pltf. #1134 Jane Doe SRA c/o Boucher LLP 21600 Oxnard Street, Suite 600 Woodland Hills, CA 91367 | Raymond Boucher, Esq. Ray@boucher.la 818-340-5400 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 16 | JCCP 5108 Pltf. #834 John Doe CLG03348 c/o Edwards & De La Cerda, 3500 Maple Avenue, Suite 1100 Dallas, TX 75219 | Peter De La Cerda, Esq. peter@edwardsdelacerda.com 214-888-6502 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 17 | JCCP 5108 Pltf. #811 John Doe CLG03358 c/o Edwards & De La Cerda, 3500 Maple Avenue, Suite 1100 Dallas, TX 75219 | Peter De La Cerda, Esq. peter@edwardsdelacerda.com 214-888-6502 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 18 | JCCP 5108 Pltf. #1512 WG c/o Herman Law 9434 Deschutes Road, Suite 1000 Palo Cedro, CA 96073 | Justin Felton, Esq. jfelton@hermanlaw.com 305-931-2200 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 19 | JCCP 5108 Pltf. #1562 LL John Doe VM c/o Liakos Law, APC 955 Deep Valley Drive, Suite 3900 Palos Verdes Peninsula, CA 90274 | Jennifer R. Liakos, Esq. jenn@JennLaikoslaw.com 310-961-0066 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |
| 20 | JCCP 5108 Pltf. #352 John FR-5 Doe c/o Manly, Stewart & Finaldi 19100 Von Karman Avenue, Ste. 800 Irvine, CA 92612 | John C. Manly, Esq. jmanly@manlystewart.com 949-252-9990 | Tort Claimant | Contingent Unliquidated Disputed | | | Unknown |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 2
018621-000165 11729643.1