**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** The Roman Catholic Bishop of Fresno

**Case No.:** 25-12231 - B - 11

**Docket Control No.** MB-3
**Date:** 07/07/2025
**Time:** 10:30 AM

**Matter:** [15] - Chapter 11 First Day Motion/Application for Order Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses [MB-3] Filed by Debtor The Roman Catholic Bishop of Fresno (mgrs) [15] - Chapter 11 First Day Motion/Application for Order Directing Banks to Honor All Checks and Electronic Payment Requests [MB-3] Filed by Debtor The Roman Catholic Bishop of Fresno (mgrs) [15] - Chapter 11 First Day Motion/Application for Order to Pay Accrued Employee Benefits and Taxes [MB-3] Filed by Debtor The Roman Catholic Bishop of Fresno (mgrs)

**Judge:** René Lastreto II
**Courtroom Deputy:** Elizabeth Roberts
**Reporter:** Electronic Record
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Hagop T. Bedoyan;
Debtor's Attorney - Garrett J. Wade;
**Respondent(s):**
(by zoom) United States Trustee's Attorney – Jason Blumberg;
(by zoom) Interested Party – Wayne Weitz;
Creditor's Attorney – Jennifer Stein;
(by zoom) Attorney for Parishes of the Roman Catholic Diocese of Fresno – Robert M. Charles, Jr.

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 8/14/2025 at 10:30 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the motion was granted on an interim basis.

A final hearing will be held on August 14, 2025, at 10:30 a.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

Any opposition shall be filed and served by July 31, 2025.

Any reply shall be filed and served by August 7, 2025.

Mr. Bedoyan shall prepare the order.  The form of the order to be signed off by Mr. Blumberg.